UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SIGNATURE FLIGHT SUPPORT
CORPORATION,

       Plaintiff,

v.                                Case No.: 8:07-cv-2219-T-24-TGW

AMERICAN TRANS AIR, INC. a/k/a
ATA AIRLINES, INC.,

       Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Unopposed Motion to Extend Time (Doc. 42). Defendant requests that the Court extend all pretrial deadlines by 30 days. While the Court will grant the motion, the Court must also delay the pretrial conference and trial 30 days so that the Court will have enough time to rule on any dispositive motions prior to the pretrial conference. No further extensions will be given. The Court will issue an amended scheduling order.

**DONE AND ORDERED** at Tampa, Florida, this 26th day of May, 2010.

                                              SUSAN C. BUCKLEW
                                              United States District Judge

Copies to:
Counsel of Record